1  MELINDA HAAG (CABN 132612)
   United States Attorney

2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DEREK OWENS  (CABN 230237)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, 11th Floor
6      San Francisco, California  94102
       Telephone:  (415) 436-6488
7      Fax:  (415) 436-7234
       Email: Derek.Owens@usdoj.gov

8
   Attorneys for the United States of America

9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,          )      No. CR 3-11-70345 JL
                                       )
15        Plaintiff,                   )
                                       )      STIPULATION AND [PROPOSED]
16        v.                           )      ORDER CONTINUING HEARING TO
                                       )      JUNE 7, 2011 AT 9:30 A.M. AND
17  VICTOR SANTOS,                     )      EXCLUDING TIME FROM MAY 17, 2011
                                       )      THROUGH JUNE 7, 2011
18        Defendant.                   )
    _____)
19

20

21        On April 27, 2011, the parties in this case appeared before the Court for preliminary

22  hearing on a criminal complaint.  At that time, the parties requested and the Court agreed to set

23  the preliminary hearing for May 17, 2010.  Since that April 17 appearance, the parties have been

24  in discussions regarding a proposed resolution.  The parties have not reached a resolution on the

25  case, however believe that continued discussions are in the interests of the defendant and the

26  government.  The defendant is not in custody.  An additional three weeks will allow the parties

27  enough time to come to a resolution on the case, and the time is required for the effective

28  preparation of defense counsel in representation of defendant.

    STIP. AND ORDER
    CR 3-11-70345 JL

1    The parties hereby jointly and respectfully request that the Court continue this matter to

2    Tuesday, June 7, 2011 at 9:30 a.m., before the duty Magistrate Judge Elizabeth D. Laporte for a

3    preliminary hearing.

4    The parties further stipulate that pursuant to Federal Rule of Criminal Procedure (FRCP)

5    5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from May 17, 2011 through June 7,

6    2011. The parties agree that – taking into account the public interest in prompt disposition of

7    criminal cases – good cause exists for this extension. Defendant also agrees to exclude for this

8    period of time any time limits applicable under Title 18, United States Code, Section 3161. The

9    parties represent that granting the continuance is the reasonable time necessary for continuity of

10   defense counsel and effective preparation of defense counsel, taking into account the exercise of

11   due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice

12   served by granting such a continuance outweighed the best interests of the public and the

13   defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

14

15   SO STIPULATED:

16                                          MELINDA HAAG
                                            United States Attorney
17
             5/16/2011                      /s/ Derek Owens
18   DATED: _____               _____
                                            DEREK OWENS
19                                          Assistant United States Attorney

20
             5/16/2011                      /S/ Brendan Conroy
21   DATED: _____               _____
                                            BRENDAN CONROY
22                                          Attorney for the Defendant

23

24   For the reasons stated above, the Court hereby vacates the May 17, 2011 hearing before

25   Magistrate Judge Edward M. Chen and continues it to Tuesday, June 7, 2011 at 9:30 a.m., before

26   the duty Magistrate Judge Elizabeth D. Laporte for a preliminary hearing. The Court further

27   finds that an exclusion of time from May 17, 2011 through June 7, 2011 is warranted and that the

28   ends of justice served by the continuance outweigh the best interests of the public and the

STIP. AND ORDER
CR 3-11-70345 JL                            2

1   defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(7)(A); FRCP 5.1(d).  The failure to grant

2   the requested continuance would deny the defendant of continuity of counsel and would deny

3   defense counsel the reasonable time necessary for effective preparation, taking into account the

4   exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C.

5   §3161(h)(7)(B)(iv).

6

7   SO ORDERED.

8

9   DATED:_____5/16/11_____

10  THE                                                    M. CHEN
    United

11

12

13

14



15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND ORDER
CR 3-11-70345 JL                                3