BRENDAN CONROY CSB 114726
Attorney at Law
255 Kansas St. Ste. 340
San Francisco, CA 94103
415-565-9600
415-565-9601

Attorney for Defendant
SANTOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR- 11-0440 MMC |
| Plaintiff, | **SEALING ORDER** |
| v. | |
| VICTOR SANTOS, | |
| Defendant. _____/ | |

   GOOD CAUSE APPEARING, it is hereby ordered that defendant Santos' Exhibits to his MOTION TO SUPPRESS EVIDENCE AND TRAVERSE SEARCH WARRANT[1], shall be filed under seal.

   It is FURTHER ORDERED that defendant's counsel file forthwith in the public record copies of said Exhibits with appropriate redactions of the personal identifying information contained therein.

Dated: November 4, 2011

_____
UNITED STATES DISTRICT COURT

---

[1] Docket 22