IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0440 MMC |
| Plaintiff | **ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY IN COMPLIANCE WITH GENERAL ORDER 45** |
| v. | |
| VICTOR SANTOS, | |
| Defendant. | |

On November 9, 2011, the government electronically filed its opposition to defendant's motion to suppress. The government has violated General Order 45, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G.

The government is hereby ORDERED to comply with General Order 45 by immediately submitting a chambers copy of the above-referenced document. The government is hereby advised that if it fails in the future to comply with the General Order to provide a chambers copy of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed

document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: November 17, 2011

MAXINE M. CHESNEY
United States District Judge