MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Deputy Chief, Criminal Division

CYNTHIA M. FREY (CABN 150571)
STEPHEN MEYER (CABN 263954)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov
        steve.meyer@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VICTOR SANTOS,<br><br>    Defendant. | No. CR 11-0440 MMC<br><br>STIPULATION REQUESTING PROTECTIVE ORDER, AND [PROPOSED] ORDER |

The parties respectfully stipulate as follows:

1.    The United States expects to call as a witness at trial Alexander Cornejo, the cooperating witness who set up firearms sales between the undercover ATF agents and the defendant, Victor Santos, as set forth in the Superseding Indictment.

2.    Alexander Cornejo has a criminal record.  The United States would like to provide Alexander Cornejo's criminal "rap sheet" to defendants in advance of trial.  The parties agree that it is appropriate to restrict disclosure of the rap sheet solely to defendant, defendant's counsel, and any other member of defendant's trial teams, including the investigative firm or any expert witnesses assisting in the preparation of the defense, in the above captioned matter and

solely for use in preparing for and conducting the trial of the above-captioned matter.  The parties agree that the persons described in the previous sentence should be barred from distributing Alexander Cornejo's rap sheet to any other person or entity.  Such persons are also barred from using it for any purpose other than trial in the above-captioned matter.

     3.     Alexander Cornejo has a pending criminal case in this district, <u>United States v. Alexander Cornejo</u>, No. CR 11-0439 SI.  The United States represents that Alexander Cornejo has entered into a plea agreement with the United States in that pending criminal case and would like to provide a copy of that plea agreement to defendants in advance of trial in the instant case.  The parties believe that it is appropriate to restrict the disclosure of Alexander Cornejo's plea agreement under the same terms as described above concerning the rap sheet – that is, that disclosure of the plea agreement shall be limited to defendant, defendant's counsel, and any other members of defendant's trial team including any investigators and/or expert witnesses, and that these individuals may use this plea agreement solely for purposes of preparing for and conducting the trial in the above captioned matter.

     4.     The parties respectfully ask the Court to enter a protective order consistent with this stipulation.  A proposed order is set out below.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

DATED: June 28, 2012                                 /s/
                                           CYNTHIA M. FREY
                                           Assistant United States Attorney

DATED: June 28, 2012                                 /s/
                                         STEVE TEICH
                                         Attorney for VICTOR SANTOS

**[PROPOSED] ORDER**

Upon consideration of the parties' stipulated request for a protective order, the Court hereby enters the following order:

The United States shall disclose forthwith to defendant's counsel the criminal "rap sheet" for Alexander Cornejo. Disclosure of the rap sheet shall be restricted to defendant, defendant's counsel, and any other members of defendant's trial team in the above-captioned matter. These specified individuals may use the rap sheet solely for purposes of trial in the above-captioned matter and are barred from disclosing it to any other person or using it for any other purpose.

The United States also shall disclose forthwith to defendants' counsel in the instant case the plea agreement entered into by Alexander Cornejo in United States v. Alexander Cornejo, No CR 11-0439 SI. Disclosure of the plea agreement shall be restricted to defendant, defendant's counsel, and any other members of defendant's trial team in the above-captioned matter. These specified individuals may use the plea agreement solely for purposes of trial in the above-captioned matter and are barred from disclosing it to any other person or using it for any other purpose.

IT IS SO ORDERED.

DATED: June 29, 2012

HONORABLE MAXINE M. CHESNEY
United States District Judge