IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHEN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. CR. **11-00440-01 MMC** |
| ) | |
| Plaintiff, ) | **[PROPOSED]** ORDER TO PROVIDE COPIES OF DOCUMENTS |
| v. ) | |
| ) | |
| **VICTOR SANTOS**, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

filed September 21, 2012

Based on the reasons set forth in the declaration of defense counsel ~~attached~~ and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the United States Probation Officer Benjamin Flores or his associated personnel, copy, release to, and deliver to defense counsel Steve Emery Teich and to government counsel all documents related to prior arrests and/or conviction of defendant Victor Santos in the possession of Benjamin Flores and the United States Probation Office.

DATED: September 25, 2012

By: _[signature]_
**HONORABLE MAXINE CHESNEY**
United States District Judge
Northern District of California

DECLARATION AND [PROPOSE ORDER] TO PROVIDE COPIES OF DOCUMENTS