**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,                    No. CR 11-0440 MMC

12              Plaintiff,                        **ORDER DENYING DEFENDANT'S**
                                                  **MOTION FOR REDUCTION OF**
13       v.                                       **SENTENCE**

14   VICTOR SANTOS,

15              Defendant.
                                              /
16

17        Before the Court is defendant's "Motion for Reduction of Sentence," filed January

18   26, 2015, whereby defendant seeks a reduction of his sentence pursuant to Amendment

19   782 to § 1B1.10 of the United States Sentencing Guidelines, which amends certain drug

20   sentencing guidelines and applies retroactively.  On March 1, 2015, the Office of the

21   Federal Public Defender filed a "Notice of Non-Intervention; Status Report," stating the

22   Public Defender has nothing further to add to defendant's motion and is not seeking to

23   intervene in the matter.  On July 31, 2015, the United States Probation Office ("Probation

24   Office") filed a "Sentence Reduction Investigation Report," concluding defendant is not

25   entitled to a reduction, for the reason that he was sentenced under the guidelines

26   applicable to firearms-related conduct, specifically, § 2K2.1 of the United States

27   Sentencing Guidelines, rather than the drug guidelines, and stating that the United States

28   Attorney's Office for the Northern District of California is in agreement with the Probation

1  Office's report.  No further response from the Office of the Public Defender has been filed.

2  Having read and considered defendant's motion and the responses thereto, the

3  Court finds, for the reasons stated by the Probation Office, that defendant is not entitled to

4  a reduction of his sentence.

5  Accordingly, defendant's motion is hereby DENIED.

6  **IT IS SO ORDERED.**

7

8  Dated:  August 7, 2015

MAXINE M. CHESNEY
9  United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2